BUCKLEY ET AL., DBA BUCKLEY'S AUTO
WRECKING v. OHIO BY BARBUTO.

No. 1209.  Decided May 19, 1969.

*Edward D. Wyner* for appellants.

*Paul W. Brown,* Attorney General of Ohio, *pro se,* and
*Robert D. Macklin,* Assistant Attorney General, for the
Attorney General of Ohio, and *James V. Barbuto, pro se,*
appellees.

PER CURIAM.

The motions to dismiss are granted and the appeal is
dismissed for want of jurisdiction.  Treating the papers
whereon the appeal was taken as a petition for a writ of
certiorari, certiorari is denied.